**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUN 4 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CRISTIAN EDUARDO MOLINA-POVER, AKA Cristian Molina-Pover,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

No.    17-70485

Agency No. A200-885-242

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 2, 2020[**]

Before:    LEAVY, PAEZ, and BENNETT, Circuit Judges.

Cristian Eduardo Molina-Pover, a native and citizen of Honduras, petitions

for review of the Board of Immigration Appeals' ("BIA") order dismissing his

appeal from an immigration judge's decision denying his application for relief

under the Convention Against Torture ("CAT").  We have jurisdiction under 8

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1252.  We review for substantial evidence the agency's factual findings. *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006).  We deny the petition for review.

Substantial evidence supports the agency's denial of CAT relief because Molina-Pover failed to show it is more likely than not he will be tortured by or with the consent or acquiescence of the government if returned to Honduras.  *See Aden v. Holder*, 589 F.3d 1040, 1047 (9th Cir. 2009).

We reject as unsupported by the record Molina-Pover's contentions that the agency failed to consider record evidence in its analysis of his CAT claim.

**PETITION FOR REVIEW DENIED.**